ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
P. GREG PARHAM
California Bar No. 140310
Assistant United States Attorney
Asset Forfeiture Section                    E-FILED 02/29/2012
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6528
    Facsimile: (213) 894-7177
    E-mail: Greg.Parham@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO.  CV 11-09232 GHK(VBKx) |
| Plaintiff, | ) | |
| | ) | [PROPOSED] |
| v. | ) | |
| | ) | **CONSENT JUDGMENT OF** |
| $43,480.00 IN U.S. CURRENCY, | ) | **FORFEITURE** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| DANIEL FISCHBECK, SUSAN | ) | |
| BROWN AND DELAVAR FADAVI, | ) | |
| | ) | |
| Claimants. | ) | |
| | ) | |

    This action was filed on November 7, 2011.  Notice was given
and published in accordance with law.  Claimants Daniel
Fischbeck, Susan Brown and Delavar Fadavi (collectively,

"claimants") filed a verified claim on December 14, 2011. Plaintiff and claimants have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant currency other than claimants are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $40,000.00 of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. $3,480.00 of the defendant currency, without any interest, shall be paid to claimants by electronic transfer directly into a financial institution account designated by claimants within six weeks of the government's receipt of the information needed to process the payment. Claimants' counsel agrees to provide appropriate financial institution account information within 10 days of execution of this consent

|   |   |   |
|---|---|---|
| 1 |    | judgment. |
| 2 | 5. | Claimants hereby release the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise. |
| 11 | 6. | The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465. |
| 16 | 7. | The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this Consent Judgment. |

Dated: 2/28/2012

_____
THE HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

3


**Approved as to form and content:**

Dated: February ___, 2012     ANDRÉ BIROTTE JR.
                              United States Attorney
                              ROBERT E. DUGDALE
                              United States Attorney
                              Chief, Criminal Division
                              STEVEN R. WELK
                              Assistant United States Attorney
                              Chief, Asset Forfeiture Section

                              _____
                              P. GREG PARHAM
                              Assistant United States Attorney
                              Asset Forfeiture Section

                              Attorneys for Plaintiff
                              United States of America

Dated: February ___, 2012

                              _____
                              JACEK W. LENTZ
                              Attorney for Claimants
                              Daniel Fischbeck, Susan Brown and
                              Delavar Fadavi

Dated: February ___, 2012

                              _____
                              DANIEL FISCHBECK
                              Claimant

Dated: February ___, 2012

                              _____
                              SUSAN BROWN
                              Claimant

Dated: February ___, 2012

                              _____
                              DELAVAR FADAVI
                              Claimant