```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  P. GREG PARHAM
    California Bar No. 140310
 6  Assistant United States Attorney
    Asset Forfeiture Section                  E-FILED 02/29/2012
 7      Federal Courthouse, 14th Floor
        312 North Spring Street
 8      Los Angeles, California 90012
        Telephone:  (213) 894-6528
 9      Facsimile:  (213) 894-7177
        E-mail: Greg.Parham@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

                    UNITED STATES DISTRICT COURT

                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

                            WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO.  CV 11-09232 GHK(VBKx) |
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] |
| v. | ) | |
| | ) | **CONSENT JUDGMENT OF** |
| $43,480.00 IN U.S. CURRENCY, | ) | **FORFEITURE** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| DANIEL FISCHBECK, SUSAN | ) | |
| BROWN AND DELAVAR FADAVI, | ) | |
| | ) | |
| Claimants. | ) | |

     This action was filed on November 7, 2011.  Notice was given

and published in accordance with law.  Claimants Daniel

Fischbeck, Susan Brown and Delavar Fadavi (collectively,

1 "claimants") filed a verified claim on December 14, 2011.
2 Plaintiff and claimants have reached an agreement that is
3 dispositive of the action.  The parties hereby request that the
4 Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant currency other than claimants are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $40,000.00 of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. $3,480.00 of the defendant currency, without any interest, shall be paid to claimants by electronic transfer directly into a financial institution account designated by claimants within six weeks of the government's receipt of the information needed to process the payment.  Claimants' counsel agrees to provide appropriate financial institution account information within 10 days of execution of this consent

judgment.

5. Claimants hereby release the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

7. The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this Consent Judgment.

Dated: 2/28/2012

_____
THE HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

3

```
 1 │   **Approved as to form and content:**
 2 │   Dated: February    , 2012      ANDRÉ BIROTTE JR.
   │                                  United States Attorney
 3 │                                  ROBERT E. DUGDALE
   │                                  United States Attorney
 4 │                                  Chief, Criminal Division
   │                                  STEVEN R. WELK
 5 │                                  Assistant United States Attorney
   │                                  Chief, Asset Forfeiture Section
 6 │
   │                                  _____
 7 │                                  P. GREG PARHAM
   │                                  Assistant United States Attorney
 8 │                                  Asset Forfeiture Section
 9 │                                  Attorneys for Plaintiff
   │                                  United States of America
10 │
11 │   Dated: February    , 2012
12 │                                  _____
   │                                  JACEK W. LENTZ
13 │                                  Attorney for Claimants
   │                                  Daniel Fischbeck, Susan Brown and
14 │                                  Delavar Fadavi
15 │
   │   Dated: February    , 2012
16 │
   │                                  _____
17 │                                  DANIEL FISCHBECK
   │                                  Claimant
18 │
   │   Dated: February    , 2012
19 │
   │                                  _____
20 │                                  SUSAN BROWN
   │                                  Claimant
21 │
   │   Dated: February    , 2012
22 │
   │                                  _____
23 │                                  DELAVAR FADAVI
   │                                  Claimant
24 │
25 │
26 │
27 │
28 │
```